IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CENTRAL PACIFIC BANK, | ) | CV 14-00239 HG-RLP |
| Plaintiff, | ) | |
| vs. | ) | |
| UTALY LLC; STEVEN P. WYSKOCIL; MELODY DILLBERG WYSKOCIL; ASSOCIATION OF APARTMENT OWNERS OF MAUNA LANI TERRACE; JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50; DOE "NON-PROFIT" CORPORATIONS 1-50; DOES GOVERNMENTAL UNITS 1-50, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 16)

Findings and Recommendation having been filed and served on all parties on July 24, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion to Remand Case to State Court and Deny Plaintiff's Request for Attorney's Fees"

(ECF No. 16) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: August 7, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge